# IN THE SUPREME COURT OF THE STATE OF NEVADA

VICTOR TAGLE, SR.,
                          Appellant,
vs.
THE STATE OF NEVADA; NDOC; AND
CORE CIVIC AMERICA,
                          Respondents.

No. 76315

**FILED**

JUL 27 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a purported district court order denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, no decision had been made on the petition when appellant filed his appeal on July 2, 2018. Rather, the district court transferred the petition to the First Judicial District Court. Thus, the notice of appeal is premature. *See* NRS 177.015(3). Accordingly, we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

18-29034

cc:     Hon. Linda Marie Bell, District Judge
        Victor Tagle, Sr.
        Attorney General/Carson City
        Attorney General/Las Vegas
        Eighth District Court Clerk